Maryland, Washington, D.C.
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770

P: (917) 408-6484
F: (301) 474 - 5730

**LAW OFFICES**
**CHRISTOPHER MADIOU**

New York
50 Broad Street, Suite 1609
New York, NY 10004

MadiouLaw.com
chris@madioulaw.com

May 19, 2025

The Honorable Deborah K. Chasanow
United States District Court
6500 Cherrywood Lane
Greenbelt, MD 20770
*Via email and ECF*

  Re: Supplemental Sentencing Submission – *U.S. v. Jason Haddox*, 21 Cr. 224 (DKC)

Dear Judge Chasanow,

  I respectfully submit the attached, additional letters of support in advance of Jason Haddox's sentencing, scheduled for May 23, 2025, which supplements our submission of March 13th 2025.

  Thank you in advance for your careful consideration.

              Respectfully submitted,

              Christopher Madiou
              *Counsel for Jason Haddox*

Cc: AUSA Kelly Hayes (by ECF)

## CERTIFICATE OF SERVICE

  I hereby certify that on this day, May 19, 2025, a copy of the foregoing was served on the government via ECF and email.

              Christopher Madiou